IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

LEVERN JOYNER,

   Petitioner,

    v.

THURBERT BAKER,

   Respondent.

CIVIL ACTION FILE
NO. 1:07-CV-2737-TWT

## ORDER

This is a pro se habeas corpus action. It is before the Court on the Report and Recommendation [Doc. 2] of the Magistrate Judge recommending dismissing the Petition without prejudice to allow the Petitioner to exhaust his state court habeas corpus remedies. The Court approves and adopts the Report and Recommendation as the judgment of the Court. In addition, the Petition should be dismissed because the Petitioner is not in the custody of the Respondent. This action is DISMISSED without prejudice.

SO ORDERED, this 22 day of February, 2008.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\07\Joyner\07cv2737\r&r.wpd